**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 02 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. CR 25-2426 SMD |
| ) | |
| vs. ) | 8 U.S.C. §§ 1326(a) and (b): |
| ) | Re-entry of a Removed Alien. |
| **JUAN DE DIOS DE LA CRUZ-PEREZ,** ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**

The United States Attorney charges:

On or about June 17, 2025, the defendant, **JUAN DE DIOS DE LA CRUZ-PEREZ**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about April 18, 2025, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

RYAN ELLISON
United States Attorney

GRANT GARDNER
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304