**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 02 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. CR25-2426 SMD |
| vs. ) | |
| JUAN DE DIOS DE LA CRUZ-PEREZ, ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

**JUAN DE DIOS DE LA CRUZ-PEREZ**, the above-named defendant, who is accused of violating 8 U.S.C. §§ 1326(a) and (b), a felony, that being Re-entry of a Removed Alien, and being advised of the nature of the charge, the Information, and of defendant's rights, hereby waives in open court prosecution by Indictment and consents to proceeding by Information rather than by Indictment.

_Juan De Dios_
JUAN DE DIOS DE LA CRUZ-PEREZ
Defendant

_Daniel Rubin_
DANIEL NOAH RUBIN
Attorney for Defendant

Date: 7/2/2025